

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-14-00299-CV

**IN THE INT OF JJB**, a child,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02385
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

  This is an accelerated appeal from an order terminating appellant's parental rights. The clerk's record was filed on May 9, 2014, and the reporter's record was filed on May 27, 2014. Therefore, appellant's brief is due on June 16, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court